## Commonwealth *v*. Ruch, Appellant.

Argued September 17, 1973. *William K. Sayer*, Assistant Defender, with him *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Stephen Margolin*, Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein*, As-

sistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.